Equal Employment Opportunity Commission v. Foxconn Corporation                    Doc. 3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,  Applicant,  v.  FOXCONN CORPORATION  Respondent. | § § § § § § § § § § § § § MISCELLANEOUS ACTION NO: |

## ORDER TO SHOW CAUSE ON APPLICATION
## TO ENFORCE ADMINISTRATIVE SUBPOENAS

The Equal Employment Opportunity Commission ("Commission") has filed an Application to Enforce Administrative Subpoenas, requiring Respondent Foxconn Corporation to show cause why two administrative subpoenas -- Nos. HU-A7-21 and HU-A8-01 – demanding the production of documents and witness testimony information, should not be enforced. The Commission issued the two subpoenas on September 27, 2007 and October 16, 2007, respectively, pursuant to Section 710 of Title VII of the Civil Rights Act of 1964, *as amended*, 42 U.S.C. Section 2000e-9, and Section 7(a) of the Age Discrimination in Employment Act, 29 U.S.C. § 626(a), based on Charge No. 460-2007-03371, filed by Earl Davis.

Since the Commission duly served the two subpoenas upon Respondent and has shown good cause,

IT IS ORDERED that Respondent Foxconn Corporation appear before the Honorable _Melinda Harmon_ at 1:30 p.m on the _29th_ day of _August_, 2008, to be

heard and show cause why an order of this Court should not be issued directing Respondent to comply with the two administrative subpoenas on a date to be set by the Court.

IT IS FURTHER ORDERED that service of a copy of this Order, together with the papers upon which it is based, upon Foxconn Corporation, by and through its registered agent, Sean Phillips, Foxconn Corporation, 8801 Fallbrook Dr., Houston, Texas 77064, and/or its President, Henry Cheng, Foxconn Corporation, 8801 Fallbrook Dr., Houston, Texas 77064, on or before the 5th day of August, 2008 shall be deemed sufficient service of this Order.

Done in Houston, Texas, this 28th day of July, 2008.

_____
UNITED STATES DISTRICT JUDGE