## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | § § § § | |
| **Applicant,** | § § | **MISCELLANEOUS ACTION NO: 4:08-mc-00364** |
| **v.** | § § | |
| **FOXCONN CORPORATION** . | § § | |
| **Respondent.** | § § | |

## ORDER GRANTING PETITIONER'S UNOPPOSED MOTION TO CONTINUE SHOW CAUSE HEARING AND RESETTING HEARING TO SHOW CAUSE ON APPLICATION TO ENFORCE ADMINISTRATIVE SUBPOENAS

On ___*October 23*___, 2008, the Court considered Petitioner's Unopposed Motion to Continue Show Cause Hearing, and finds good cause to grant said Motion.

The Court further finds that, upon Application to Enforce Administrative Subpoenas filed by Petitioner Equal Employment Opportunity Commission, in an Order dated July 28, 2008, the Court directed Respondent Foxconn Corporation to appear before the Court on August 29, 2008, at 1:30 p.m., and show cause why two administrative subpoenas -- Nos. HU-A7-21 and HU-A8-01 – issued by Petitioner and demanding the production of documents and witness testimony information, should not be enforced. As previously held by the Court, Petitioner issued the two subpoenas on September 27, 2007 and October 16, 2007, respectively, pursuant to Section 710 of Title VII of the Civil Rights Act of 1964, *as amended*, 42 U.S.C. Section 2000e-9, and Section 7(a) of the Age Discrimination in Employment Act, 29 U.S.C. § 626(a), based on Charge No. 460-2007-03371, filed by Earl Davis, and duly served the subpoenas on Respondent..

Dockets.Justia.com

The Court hereby finds that Petitioner has shown good cause as to why the Show Cause Hearing set by the Court should be reset to a date on or following **November 24, 2008**, and accordingly

IT IS ORDERED that Respondent Foxconn Corporation appear before the Honorable Judge Harmon at 2:00 ρm. on the 5th day of December , 2008, to be heard and show cause why an order of this Court should not be issued directing Respondent to comply with the two administrative subpoenas on a date to be set by the Court.

IT IS FURTHER ORDERED that service of a copy of this Order, together with the papers upon which it is based, upon Foxconn Corporation, by and through its attorneys of record, Tim Watson and Esteban Shardonofsky, Seyfarth Shaw, L.L.P., 700 Louisiana St., Suite 3700, Houston, Texas 77002-2797, on or before the 27th day of October , 2008 shall be deemed sufficient service of this Order.

Done in Houston, Texas, this 23rd day of October , 2008.

UNITED STATES DISTRICT JUDGE